# MARIE VIOLET ALLEN

## vs.

## COVINGTON K. ALLEN.

*Divorce—Cruelty of Treatment—Findings of Fact—Custody of Child.*

The finding of the trial court on a question of fact in reference to an asserted cause for divorce should not be disturbed unless the appellate court is able to say that such finding is clearly wrong.

The party charging the matrimonial offense must present more than equally balanced testimony, it being for him affirmatively and satisfactorily to prove it.

The wife's charges of cruelty of treatment as a ground for divorce not being supported by the evidence, *held* that the husband, on his cross-bill, was entitled to a divorce *a vinculo matrimonii* by reason of her unjustifiable abandonment of him for over three years.

The father, although granted a divorce on the ground of abandonment, not appearing to be in a position to give the infant child the best educational advantages, and he being frequently absent from home, *held* that the custody of the child should be awarded to the mother, on the understanding that he should remain at a military school, where he had been placed by the mother's sister.

*Decided January 10th, 1922.*

Appeal from the Circuit Court No. 2 of Baltimore City (CARROLL T. BOND, J.).

Bill by Marie Violet Allen against Covington K. Allen for divorce. From a decree for defendant on his cross-bill, plaintiff appeals. Reversed in part.

The cause was argued before BOYD, C. J., THOMAS, PATTISON, URNER, STOCKBRIDGE, and ADKINS, JJ.

*William L. Marbury* and *Albert S. J. Owens,* for the appellant.

*John L. Sanford,* for the appellee.

ADKINS, J., delivered the opinion of the Court, affirming the decree as to the refusal of the prayer of appellant's bill of complaint for a divorce, and as to the granting of a divorce *a vinculo matrimonii* to the appellee, and reversing it as to the award of the custody of the infant child and as to the disposition of the furniture; costs to be paid by the appellee.